# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN L. DAY; AND STEVEN L. DAY, PC, D/B/A DAY & NANCE,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE ADRIANA ESCOBAR, DISTRICT JUDGE,
Respondents,
and
WLAB INVESTMENT, LLC; TKNR, INC., A CALIFORNIA CORPORATION; CHI ON WONG, A/K/A CHI KUEN WONG, AN INDIVIDUAL; KENNY ZHONG LIN, A/K/A KEN ZHONG LIN, A/K/A KENNETH ZHONG LIN, A/K/A WHONG K. LIN, A/K/A CHONG KENNY LIN, A/K/A ZHONG LIN, AN INDIVIDUAL; LIWE HELEN CHEN, A/K/A HELEN CHEN, AN INDIVIDUAL; YAN QUI ZHANG, AN INDIVIDUAL; INVESTPRO LLC, D/B/A INVESTPRO REALTY, A NEVADA LIMITED LIABILITY COMPANY; MAN CHAU CHENG, AN INDIVIDUAL; JOYCE A. NICKRANDT, AN INDIVIDUAL; INVESTPRO INVESTMENTS LLC, A NEVADA LIMITED LIABILITY COMPANY; INVESTPRO MANAGER LLC, A NEVADA LIMITED LIABILITY COMPANY; AND JOYCE A. NICKDRANDT, AN INDIVIDUAL,
Real Parties in Interest.

No. 82834



FILED

JUN 0 7 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING PETITION

Cause appearing, petitioners' motion for a voluntary dismissal of this petition is granted. This petition is dismissed. *See* NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:     Hon. Adriana Escobar, District Judge
       Day & Nance
       Benjamin B. Childs
       Michael B. Lee, P.C.
       Eighth District Court Clerk